**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00759-CMA-MJW

VANESSA KING,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P., a Delaware limited partnership,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having reviewed Plaintiff's Notice of Dismissal With Prejudice (Doc. # 5) pursuant to Fed.R.Civ.P. 41(a)(1)(i) and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED:  May __6__, 2009

                                                BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge